UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X    Civil Action No.:
GOOD FELLAS BRICK OVEN PIZZA INC.,

                          Plaintiff,
-against-

REMCO TECHNOLOGIES INTERNATIONAL INC.,

                          Defendant.
------------------------------------------------------------------X

    Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff **Good Fellas Brick Oven Pizza Inc.** by its attorney Mark A. Macron certifies that there is no parent corporation(s), nor is there a publicly held corporation(s) that owns 10 percent or more of any of its stock.

Dated:    Staten Island, New York
             November 6, 2014

                          Respectfully,

                              */s/ Mark A. Macron*
                              Mark A. Macron
                              491 Bard Avenue, 2nd Floor
                              Staten Island, NY 10310
                              718-889-3582